UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 25-2180 (CRC) |
| ANNA V. GEBERT,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 25-2181 (CRC) |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Bradley G. Silverman as counsel for Defendants in the above-captioned cases.

Respectfully submitted,

By:   /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN, DC Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorney for the United States of America*