UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 22-2939 (DLF) |
| MATTHEW GEBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 25-2180 (DLF) |

**DEFENDANT'S RESPONSE TO
THE COURT'S SEPTEMBER 9, 2025, ORDER**

Defendant, through the undersigned, respectfully responds to the Court's September 9, 2025, Order.

Counsel for the parties conferred on Plaintiff's request for an enlargement of time and, with Plaintiff's input on the deadlines, Defendant respectfully submits the following proposed briefing schedule for the two above-captioned cases, referenced in Plaintiff's motion for an extension of time.

**Civil Case No. 22-2939**

- Plaintiff shall file any Reply in support of his Motion for Reconsideration by September 19, 2025.

- 2 -

**Civil Case No. 25-2180**

- Plaintiff shall file any Opposition to Defendant's Motion to Dismiss (ECF No. 10) by October 20, 2025; and

- Defendant shall file any Reply by November 10, 2025.

A proposed order is attached for the Court's consideration.

Dated: September 10, 2025　　　　　　　Respectfully submitted,
　　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　By:　　　　*/s/ John C. Truong*
　　　　　　　　　　　　　　　　　　　　　JOHN C. TRUONG, D.C. Bar # 465901
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　(202) 252-2524
　　　　　　　　　　　　　　　　　　　　　John.Truong@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 22-2939 (DLF) |
| MATTHEW GEBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 25-2180 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion for an extension of time, Defendant's Response, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that the parties' proposed briefing schedule is hereby ADOPTED as follows:

**Civil Case No. 22-2939**

- Plaintiff shall file any Reply in support of his Motion for Reconsideration by September 19, 2025.

- 4 -

**Civil Case No. 25-2180**

- Plaintiff shall file any Opposition to Defendant's Motion to Dismiss (ECF No. 10) by October 20, 2025; and

- Defendant shall file any Reply by November 10, 2025.

SO ORDERED.

                                                                                          _____
                                                                                          United States District Judge