UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>      Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF STATE,<br><br>      Defendant. | Civil Action No. 25-2180 (DLF) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Dhruman Y. Sampat and remove the appearance of Assistant United States Attorney Bradley Silverman as counsel for Defendant Department of State in the above-captioned case.

Dated: September 29, 2025

Respectfully submitted,

By:     */s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525
dhruman.sampat@usdoj.gov

*Attorney for the United States of America*