UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW GEBERT,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 25-2180 (DLF) |
| ANNA V. GEBERT,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 25-2181 (DLF) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of John C. Truong, Assistant U.S. Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: December 29, 2025
       Washington, D.C.

Respectfully submitted,

*/s/ John Truong*
John C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2524
John.Troung@usdoj.gov

*Attorney for the United States of America*